Appendix B

FEB 1 4 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Pearlie Jackson

§
§
§
§
§
§
§
§

versus

Walmart
702 Southwest 8th
street
Bentonville, AR 72716

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Pearlie Jackson

§
§
§         CIVIL ACTION NO. _____
§
§
§
§

versus

Walmart

_____

_____

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.    The Plaintiff is:

Address:    9530 Fm 2920 Rd Apt # 513 Tomball, TX 77375

County of Residence:

3.    The defendant is:    Walmart

Address:    702 Southwest 8th street Bentonville, AR 72716

☐    Check here if there are additional defendants. List them on a separate sheet of paper with

their complete addresses.

4.    The plaintiff has attached to this complaint a copy of the charges filed on 2-14-18

with the Equal Opportunity Commission.

5.    On the date of 2-14-18 , the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's:

    (a)   ☐   race

    (b)   ☐   color

    (c)   ☐   sex

    (d)   ☐   religion

    (e)   ☐   national orgin,

the defendant has:

    (a)   ☐   failed to employ the plaintiff

    (b)   ☐   terminated the plaintiff's employment

    (c)   ☐   failed to promote the plaintiff

    (d)   ☐   other: _____

                          _____

                          _____

7. When and how the defendant has discriminated against the plaintiff:

_____

_____

_____

8. The plaintiff requests that the defendant be ordered:

    (a)   ☐   to stop discriminating against the plaintiff

    (b)   ☐   to employ the plaintiff

    (c)   ☐   to re-employ the plaintiff

    (d)   ☐   to promote the plaintiff

(e)    ☐    to _____

_____

_____ and that;

(f)    ☐    the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address:    9530 FM 2920 Rd Apt 513

Tomball, TX 77375

Telephone:    281-323-0189

To: Who It May Concern,

I am Pearlie Jackson I am writting to inform you about my case.

I was a overnight stocker at walmart from May 20, 2003 to March 23, 2015 at store 5045 Address 22605 Tomball pkwy, Tomball, TX 77375 phone number 281-374-P9449

The problem that occured was on March 23, 2015 I was terminated by Katherine Drake and a manager name Ernie was in the office with Katherine Drake. The manager Katherine Drake said I missed 9 days. I told the manager Katherine Drake I did not miss No 9 days.

The manager Katherine Drake Said I missed DAys in October of 2014. I told Katherine Drake I went to the Hospital I had a seizure and personnel

2-14-18

has my Hospital papers.
The manager Katherine Drake
Said I missed days in
August of 2014 I told
Katherine Drake I went
to the Hospital. I
had a seizure and
personnel has my Hospital
papers. The manager
Said to me again I missed
days in June of 2014.
I told the manager
Katherine Drake. I was
Hospitalized in June of 2014
for having a seizure.
Walmart personnel had all
my hospital paperwork
from Janurary of 2014 to
October of /2014.

I faxed a written
Complaint on manager
Katherine Drake to
Walmart Corporate office
to the CEO Doug Mc Million.
I did not appreciate
the disrespectful comment
Katherine Drake said
to me.

 

After Respondents became aware of my Complaint I believe I was retaliated against and terminated and my unemployment was Denied.

My manager Amy Brown was aware of everything. Amy Brown was my assistance manager at night. I was a over night stocker.

Amy Brown Talked to the lawyer Mr. John Lipps who work with my Lawyer Mr. Coane at Coane and Associates attorney at Law on 5177 Richmond Ave. Suite 770, Houston, Tx 77056 phone number 713-850-0066.

Amy Brown talked to Mr. John Lipp and the attorney Mr. John Lipp told me Amy Brown had a lot say about Walmart and the manager

at Walmart name Katherine Drake.

I paid the lawyer a total of $700. The Lawyer at Coane and associates attorney Firm did look into my case and talked to Amy Brown who was walmart assistance manager. I went to the lawyer office for a meeting. The lawyer Mr. John Lipp said to me I had a Good case on Walmart. The lawyer said I would need $15,000 to file in Court.

I do not have No $15,000. I want Justice for Discrimination, Retaliation, Wrongful Termination, Lost Wages I Lost, Pain and suffering, punitive and compensatory DAmAges I am seeking a sum of one million Dollars

I did talk to a Lady at Walmart Lawfirm

the Littler Mendelson P.C., on 1301 McKinney Ste. 1900 Houston, TX 77010. The lady name was Brittney Wilkms.

Brittney Williams said to me Walmart will settle with me out of court for $300 Dollars. I told Brittney Williams what an Insult to me after what Walmart has Done to me and Walmart will settle with me for $300 Dollars.

I said to Brittney Williams I will see Walmart in court.

If you have any Question please call me.

Thank you,
Peunlu Jackson
9530 FM 2920 Rd Apt#
5/3
Tomball TX 77375
281-323-0489